**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Lucious ALLEN, Defendant–Appellant.**

No. 99–6125.

United States Court of Appeals,
Sixth Circuit.

March 15, 2001.

Before MERRITT, NELSON and SUHRHEINRICH, Circuit Judges.

This cause having come on to be heard upon the record, the briefs and the oral argument of the parties, and upon due consideration thereof,

The court finds that no prejudicial error intervened in the judgment and proceedings in the district court, and it is therefore ORDERED that said judgment be and it hereby is affirmed.